UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                          CASE NO. 6:24-mj-2124-DCI

OTTIS NICOLE MCCOY

### GOVERNMENT'S MOTION TO CORRECT SCRIVENER'S ERROR

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby respectfully files its motion to correct a scrivener's error in the Complaint of Ottis Nicole McCoy, Jr., filed in the above-captioned case. (Doc. 1). The correction to the Complaint is as follows:

On the Criminal Complaint cover page, (Doc. 1 at 1), the text "December 2016" should instead read "October 22, 2024."

### Memorandum of Law

The United States relies on case law analogously permitting the correction of obvious clerical errors in indictments. Such errors may be corrected when the defendant has not been misled or prejudiced and the error is one of form rather than substance. *See United States v. Johnson*, 741 F.2d 1338, 1341 (11th Cir. 1984); *Russell v. United States*, 369 U.S. 749, 770 (1962). Here, although the cover page erroneously states that the alleged offense was committed in December 2016, the sworn complaint affidavit clearly describes the alleged conduct as occurring on October 22, 2024. *See* (Doc. 1 ¶ 12 ("The surveillance video captured MCCOY arriving at the wooded lot at approximately 5:14 PM on October 22, 2024, . . . [and] throwing large

quantities of U.S. Mail into the wooded lot."); *id.* ¶ 14 ("Based on the foregoing, I submit that there is probable cause that on or about October 22, 2024, MCCOY stole, took, or abstracted mail in violation of 18 U.S.C. § 1708.")). At the time of filing, the defendant has not yet had his initial appearance. The United States submits that the defendant will not be prejudiced by the correction of this clerical error.

Counsel for the defendant has not yet been appointed or entered an appearance.

WHEREFORE, it is respectfully requested that the Court enter an order allowing the government to file a revised Complaint containing the correction described above.

    Respectfully submitted,

    ROGER B. HANDBERG
    United States Attorney

By:   */s/ Richard Varadan*
    Richard Varadan
    Assistant United States Attorney
    Florida Bar No.: 1025743
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone: (407) 648-7500
    Facsimile: (407) 648-7643
    E-mail: Richard.Varadan@usdoj.gov